# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**CALVIN YOUNG**                                    **CIVIL ACTION**

**VERSUS**                                          **NUMBER 09-444-RET-DLD**

**SHERIFF IBERVILLE PARISH, BRENT
ALLAIN SHERIFF, AND MONTY
MIGLACIO**

## MAGISTRATE JUDGE'S REPORT

This matter is before the court as the result of an order for plaintiff's counsel, Shannon Lasale Battiste, to personally appear and show cause why this action should not be dismissed for failure to prosecute and/or why appropriate sanctions should not be imposed for counsel's failure to show cause in writing why the claim against defendants should not be dismissed under Rule 4(l) and (m) of the Federal Rules of Civil Procedure for lack of service and/or proof of service.  At the rule to show cause hearing, Mr. Shannon Lasale Battiste stated that he thought his office had filed a motion to dismiss this matter. He further stated that he had discussed this with his client, the plaintiff, and he planned to file a motion to dismiss this matter.  In lieu of a written motion, Mr. Shannon Lasale Battiste made an oral motion to dismiss this matter.

## Recommendation

**IT IS RECOMMENDED** that the plaintiff's oral motion to dismiss be Granted and that plaintiff's claims be dismissed.

Signed in Baton Rouge, Louisiana, on March 3, 2010.

**MAGISTRATE JUDGE DOCIA L. DALBY**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**CALVIN YOUNG**                                    **CIVIL ACTION**

**VERSUS**                                          **NUMBER 09-444-RET-DLD**

**SHERIFF IBERVILLE PARISH, BRENT
ALLAIN SHERIFF, AND MONTY
MIGLACIO**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have fourteen (14) days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report.  A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on March 3, 2010.

**MAGISTRATE JUDGE DOCIA L. DALBY**