UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CALVIN YOUNG

VERSUS

SHERIFF IBERVILLE PARISH, ET AL

CIVIL ACTION

NO. 09-444-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 3, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's oral motion to dismiss will be granted and the palintiff's claims will be dismissed.

Baton Rouge, Louisiana, March 29, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA