UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CALVIN YOUNG

VERSUS

SHERIFF IBERVILLE PARISH, ET AL

CIVIL ACTION

NO. 09-444-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's oral motion to dismiss is granted and this matter is dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, March 29, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA